FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO MENDOZA,<br><br>Defendant. | No.  2:16-CR-0009-SMJ-1<br><br>**ORDER ADOPTING STIPULATION REGARDING COMPUTER FORENSIC EXAMINATION AND REVIEW PROCEDURES** |

Before the Court, without oral argument, is the parties' Stipulated Motion re. Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 12, and a related Motion to Expedite, ECF No. 14. The parties have agreed to specific computer forensic procedures in accordance with 18 U.S.C. § 3509(m). The Court having reviewed the proposed stipulation, ECF No. 12, finds good cause to grant the motion.

//

//

//

//

//

ORDER **-** 1

Case 2:16-cr-00009-SMJ   Document 17   Filed 02/01/16

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion re. Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 12**, is **GRANTED.**

2. The parties' Motion to Expedite, **ECF No. 14**, is **GRANTED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of February 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge