FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO MENDOZA,<br><br>Defendant. | No.   2:16-CR-0009-SMJ<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Protective Order, ECF No. 15, and a related Motion to Expedite, ECF No. 16.  The Court is fully informed and grants the motions. Thus, all individuals and agencies described in 18 U.S.C. § 3509 (d)(1)(B) shall abide by the privacy protections of 18 U.S.C. § 3509(d)(1) and (2) as follows:

    (d)    Privacy protection.--

        (1)    Confidentiality of information.--

            (A)    A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall--

                (i)    keep all documents that disclose the name of any other information concerning a child in a secure place to which no person who does

ORDER **-** 1

       not have reason to know their contents has access; and

    (ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

  (B) Subparagraph (A) applies to--

    (i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

    (ii) employees of the court;

    (iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in the proceeding; and

    (iv) members of the jury.

(2) Filing under seal.--All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court--

  (A) the complete paper to be kept under seal; and

  (B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

ORDER - 2

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Motion to Expedite, **ECF No. 16**, is **GRANTED**.

**2.** The parties' Stipulated Motion for Protective Order, **ECF No. 15**, is **GRANTED.**

**3.** All individuals and agencies listed above shall abide by the provisions and protections of 18 U.S.C. § 3509(d).

**4.** Counsel shall remind all persons providing assistance on this case of these obligations.

**5.** Any alleged minor victim will be referred to either by initials or pseudonym, whichever is agreed upon by counsel for the United States and the Defendant. Counsel shall be consistent in their use of the selected identifiers. The parties shall prepare their witnesses and instruct them to refer to the alleged minor victims only by using the agreed pseudonyms rather than their names.

**6.** All personal information relating to any minor victim shall be precluded from public disclosure.

//

//

//

ORDER **-** 3

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of February 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2016\USA v Mendoza-0009\Ord grant prot order lc2 docx

ORDER - 4